# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHARLES CHANDLER

NO. 2019 KW 0838

SEP 3 0 2019

In Re:   Charles Chandler, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 13-190,883.

BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.

WRIT DENIED.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT